FAX or Internet

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

In the Matter of the Search of  
**A black/silver Ruger 9MM pistol,**  
**Serial Number 863-11951**

) ) ) ) )  Case No. 21-4235mb

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer.

An electronic application by a federal law enforcement officer for the government requests the search of the following person or property located in the _____ District of   Arizona   
*(identify the person or describe the property to be searched and give its location)*:  **A black/silver Ruger 9MM pistol, Serial Number 863-11951, currently held in safekeeping/evidence at the Colorado Indian Tribes Police Department, 26600 Mohave Road, Parker, Arizona.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:  **See Attachment A.**

**YOU ARE COMMANDED** to execute this warrant on or before   August 24, 2021  
*(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.     [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge   **Any Magistrate Judge in Flagstaff, Arizona**   .  
*(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. § 3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  [ ] for _____ days *(not to exceed 30)*.  
[ ] until, the facts justifying, the later specific date of _____.

Date and Time Issued:   8/10/21 at 12:32 pm   _____  
                                                                 Judge's Signature

City and State:   Flagstaff, Arizona           Camille D. Bibles, United States Magistrate Judge

| | Return | |
|---|---|---|
| Case No.: 21-4235mb | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                         _____
*Executing Officer's Signature*

                                                                         _____
*Printed Name and Title*

## ATTACHMENT A

## THINGS TO BE SEARCHED FOR AND SEIZED

The pistol will be sent to the FBI Laboratory and searched for any possible deoxyribonucleic acid (DNA) evidence linking it to the victim, JS. That is, any DNA evidence (e.g., blood, tissue, hair) located on the pistol will be compared to DNA standard(s) obtained from JS.

FAX or Internet

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of:
**A black/silver Ruger 9MM pistol, Serial Number 863-11951**

Case No. 21-4235mb

(Original To Be Filed With Court)

## ELECTRONIC APPLICATION FOR SEARCH WARRANT

I, the undersigned, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on and within the following person or property: **A black/silver Ruger 9MM pistol, Serial Number 863-11951, currently held in safekeeping/evidence at the Colorado Indian Tribes Police Department, 26600 Mohave Road, Parker, Arizona.**

located in the _____ District of _____ Arizona _____ , there is now concealed:
**See Attachment A.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

[X] evidence of a crime;
[ ] contraband, fruits of crime, or other items illegally possessed;
[X] property designed for use, intended for use, or used in committing a crime;
[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

*Code Sections*          *Offense Descriptions*
18 USC 113 (a)(3)        Assault With A Dangerous Weapon

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).
[ ] Delayed notice of _____ days (give exact ending date if more than 30 days) days: is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: */s AUSA Paul Stearns*
**Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

_____
*Applicant's Signature*

Executed on August 10, 2021

Donald Ferreira, Special Agent, FBI
*Printed Name and Title*

X    Sworn by Telephone

Date/Time: AUGUST 10, 2021 at 12:32pm

_____
*Judge's Signature*

City and State: Flagstaff, Arizona

Camille D. Bibles, United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A

## THINGS TO BE SEARCHED FOR AND SEIZED

The pistol will be sent to the FBI Laboratory and searched for any possible deoxyribonucleic acid (DNA) evidence linking it to the victim, JS. That is, any DNA evidence (e.g., blood, tissue, hair) located on the pistol will be compared to DNA standard(s) obtained from JS.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED REDACTED AFFIDAVIT**

I, FBI Special Agent Donald Ferreira, state under oath as follows:

1. Your affiant is employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and has been so employed since September 2015. Your affiant has more than five years of experience as a sworn law enforcement officer and over 13 years of law enforcement and federal government service. Your affiant is currently assigned to the FBI Phoenix Division, Lake Havasu City Resident Agency, and is charged with the investigation of crimes occurring on (among other places) the Colorado River Indian Tribes (CRIT) Indian Reservation. Your affiant's duties include the investigation of violent crimes occurring within Indian Country within the District of Arizona.

2. The information contained in this affidavit is based upon your affiant's personal knowledge, training, experience, as well as information provided by other law enforcement officers and witnesses including those listed herein. Your affiant has not included every fact known to him concerning this investigation. Your affiant has only set forth the facts necessary to establish probable cause to support issuance of the requested search warrant.

**Background/Introduction**

3.  This case involves an assault with a dangerous weapon that occurred on or about July 28, 2021, in Parker, Arizona, on the Colorado River Indian Tribes (CRIT) Indian Reservation, Indian Country, in the District of Arizona. The victim, JS, is an Indian. He is an enrolled member of the CRIT. The suspect, Joshua Isaac Martinez, is also an Indian and an enrolled member of the CRIT. According to the United States Department of Interior, Bureau of Indian Affairs (BIA) Federal Register, the CRIT is a federally recognized Indian tribe, which is eligible to receive services from the BIA.

4.  In short, on July 28, 2021, CRIT Police Department (CRITPD) police officers responded to a call for service at the Parker Indian Health Services (IHS), located in the vicinity of 12033 West Agency Road, Parker, Arizona 85344, regarding a victim, referred to as "JS," who had a significant laceration to his head. Upon their arrival, JS was conscience and was able to communicate to the officers that he had just been assaulted by an individual he knew as Joshua Isaac Martinez (Martinez). JS explained that he had been standing outside a family member's residence in Parker, Arizona, and, at approximately 6:00 p.m., Martinez drove up in a maroon Dodge Caravan. He then walked up to JS outside the residence. Martinez told JS that JS owed Martinez some money. JS did not understand what Martinez was talking about, and JS responded back that he did not owe Martinez any money. Martinez then struck JS on his head with a pistol (a dangerous weapon).

As JS stumbled to the ground, Martinez told JS that if JS did not have the money within two days, Martinez was going to come back and put a hole in JS.

5.  This affidavit is in support of an application for a search warrant to seize and search a Ruger 9MM pistol, serial number 863-11951, for DNA evidence related to the assault on JS in violation of Title 18, United States Code, Section 113(a)(3) and 1153. The things to be searched for and seized are specifically described in Attachment A.

### Investigation

6.  On July 28, 2021, at about 6:40 p.m. your affiant received a call from CRITPD Criminal Investigator (CI) Charlie Solano regarding a victim he had just interviewed, identified as "JS," who was being treated at the Parker IHS hospital for a head injury he had just sustained from an assault. CI Solano said that JS received multiple stitches for a head laceration. The injuries occurred during an assault that occurred at approximately 6:00 p.m. CI Solano indicated that he interviewed JS at about 6:20 p.m.

7.  JS provided the following information to CI Solano:

    a.  JS reported that he had previously gone to CB's residence on Little Road in Parker, Arizona. JS explained to CI Solano that CB was a family relative.

    b.  While JS was just outside the residence, an individual JS knew to be Joshua Isaac Martinez (Martinez) drove up in a maroon Dodge Caravan. He

3

then walked up and told JS that he owed Martinez some money. JS, who said he did not understand was Martinez was talking about, told Martinez that he did not owe him any money. Martinez then struck JS on the head with a pistol, which Martinez had been holding in his hand. JS stumbled to the ground. Martinez told JS that if JS did not have the money within two days, Martinez was going to come back and put a hole in JS.

   c. JS realized he was bleeding profusely, and he covered his head with a white cloth to help stop the bleeding. JS went to the side of the residence, got in his vehicle, and drove himself to the hospital. JS transported himself to the Parker IHS hospital to receive treatment for his injury.

   d. After he was hit by Martinez, JS observed Martinez flee the area in the maroon Dodge Caravan.

   e. JS said the assault occurred at about 6:00 p.m. that day.

  8. CI Solano informed other CRITPD officers of the description of the suspect vehicle. A short while later, at about 6:34 p.m., CRITPD Police Officers Brandi Bales and Gerardo Varela observed a maroon-colored Dodge Caravan, which matched the description of the vehicle Martinez had left in, driving toward Mochem, a known living community located in Parker, Arizona. Officers Bales and Varela were in separate cars but were driving in close proximity to each other when they observed the maroon Dodge Caravan. The officers conducted a stop on the Dodge Caravan, which was bearing Arizona license plate NLA8AC. (According to

information from the Arizona Department of Motor Vehicles, that vehicle is registered to Martinez.) Officer Varela identified the owner and driver of the vehicle to be Joshua Isaac Martinez. No one else was in the vehicle at the time of the stop. After a short interaction with Martinez, Officers Varela and Bales arrested Martinez for the assault on JS. Martinez was taken into custody on tribal charges.

9. According to CI Solano, subsequent to the arrest, CRITPD police officers searched Martinez and located a Ruger 9MM pistol tucked in his waistband. The pistol was black, and its serial number is 860-46852. It was seized as evidence by CRITPD. Your affiant further spoke with both Officer Varela and Officer Bales, and your affiant learned that Officer Varela had observed a pistol tucked in Martinez's waistband.

10. A search/inventory of the Dodge Caravan was also conducted by the CRITPD officers. The officers located a second Ruger 9MM pistol, black and silver in color, bearing serial number 863-11951, in the Dodge Caravan. It was located between the driver's seat and passenger's seat. A third firearm, described as an AK47 pistol, as well as multiple magazines and multiple rounds of ammunition, was also located in the vehicle. The items were removed incident to a search/inventory search of the vehicle. Per CRITPD policy, CRITPD officers removed the firearms and ammunition brought the firearms and ammunition back to the CRITPD. The vehicle was towed to a local tow yard located in Parker, Arizona.

11. CI Solano transported both of the Ruger 9MM pistols to the Parker IHS hospital. CI Solano met with JS and asked him he would be able to identify the pistol that he was struck with by Martinez. JS informed CI Solano that he believed he would be able to do so. CI Solano showed JS the Ruger 9MM pistol, black in color, bearing Serial Number 860-46852. JS informed CI Solano that the black Ruger 9MM pistol, serial number 860-46852, was not the pistol he was struck with. CI Solano then showed JS the black/silver Ruger 9MM pistol, serial number 863-11951. JS identified that it was the pistol he was struck with by Martinez.

### Things To Be Seized and Searched

12. Based on your affiant's training and experience as a law enforcement officer, it is known that evidence – including trace evidence such as skin cells, blood, hair (being DNA evidence), and fibers – can be transferred and/or deposited to items used by a suspect in an assault. For example, DNA evidence may be left on a weapon by its possessor when the item is handled. Similarly, if a suspect strikes a person with a weapon (e.g., knife, gun, bludgeon), DNA evidence (e.g., skin cells, blood, and/or hair) can be transferred to the weapon from the victim. While sometimes DNA evidence is clearly visible, it often requires observation and analysis by forensic technicians in a laboratory setting to detect, analyze, and/or compare.

13. In this case, your affiant is seeking a search warrant, out of an abundance of caution, to seize and search the black/silver Ruger 9MM pistol, serial

number 863-11951, for DNA evidence related to the assault described above. In that regard, the pistol will be sent to the FBI Laboratory and searched for any possible deoxyribonucleic acid (DNA) evidence linking it to the victim, JS. That is, any DNA located on the pistol will be compared to DNA standard(s) obtained from JS. *See also* Attachment A.

14. On August 9, 2021, your affiant obtained two buccal swabs (DNA standards) from JS's mouth to compare to any DNA located on the pistol described above.

15. It is anticipated that the search warrant will be executed at the CRITPD, located at 26600 Mohave Road, Parker, Arizona, 85344. The pistol will be taken into FBI custody and sent to the FBI Laboratory located in Quantico, Virginia, for further inspection, analysis, and testing.

## Conclusion

14. Based upon your affiant's training, experience, and observations, your affiant submits that there is probable cause to believe that violations of federal law have occurred and that there is evidence of those violations, specifically Title 18, United States Code, Sections 113(a)(3) and 1153, on the pistol in question.

///////

15. Your affiant requests that a search warrant be issued to search for the pistol and the things described in Attachment A.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: August 10, 2021

Donald Ferreira
Special Agent, FBI

___X___ Sworn by Telephone

Date/Time: August 10, 2021 at 12:32 pm

Camille D. Bibles
United States Magistrate Judge