```
✓ FILED       ___ LODGED
___ RECEIVED  ___ COPY

   AUG 1 2 2021

CLERK U S DISTRICT COURT
 DISTRICT OF ARIZONA
BY_____ DEPUTY
```

FAX or Internet

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

In the Matter of the Search of  
A black/silver Ruger 9MM pistol,  
Serial Number 863-11951

Case No. 21-4235mb

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer.

An electronic application by a federal law enforcement officer for the government requests the search of the following person or property located in the _____ District of Arizona  
*(identify the person or describe the property to be searched and give its location):* A black/silver Ruger 9MM pistol, Serial Number 863-11951, currently held in safekeeping/evidence at the Colorado Indian Tribes Police Department, 26600 Mohave Road, Parker, Arizona.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal: **See Attachment A.**

YOU ARE COMMANDED to execute this warrant on or before _____August 24, 2021_____  
*(not to exceed 14 days)*

[X] in the daytime 6:00 a.m. to 10 p.m.   [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ___Any Magistrate Judge in Flagstaff, Arizona___.  
*(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. § 3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* [ ] for _____ days *(not to exceed 30)*.  
[ ] until, the facts justifying, the later specific date of _____.

Date and Time Issued: 8/10/21 at 12:32pm     _____  
                                                Judge's Signature

City and State:  Flagstaff, Arizona         Camille D. Bibles, United States Magistrate Judge

| Return |||
|---|---|---|
| Case No.: 21-4235mb | Date and time warrant executed: 08/11/2021  10:50 AM | Copy of warrant and inventory left with: KENDALL HARPER EVIDENCE RECOVERY TECH |
| Inventory made in the presence of: KENDALL HARPER |||
| Inventory of the property taken and name of any person(s) seized: |||

- (1) Ruger 9MM Pistol; Serial # 863-11951
- (1) 9MM Pistol Magazine
- (14) Fourteen Rounds of 9MM Ammunition

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/11/2021

*Executing Officer's Signature*

DONALD FERREIRA   S.A.   FBI
*Printed Name and Title*